**Order entered January 9, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-10-01613-CV

### IN THE INTEREST OF D.T.K., A MINOR CHILD

**On Appeal from the 303rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-07-12791**

## ORDER

On November 26, 2013, we granted court reporter Donna Kindle's request to extend time to file the reporter's record and ordered the record be filed by December 23, 2013. To date, however, the record has not been filed. Accordingly, we **ORDER** Donna Kindle, Official Court Reporter, to file the record no later than **January 20, 2014**. *Arrangements for a substitute reporter must be made, if necessary, to ensure the timely filing of the record. See* Tex. R. App. P. 35.3(c).

We **DIRECT** the Clerk of the Court to send a copy of this order by electronic transmission to (1) Donna Kindle, (2) the Honorable Dennise Garcia, Presiding Judge of the 303rd Judicial District Court, and (3) the parties.

/s/     ELIZABETH LANG-MIERS
         JUSTICE